IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REBECCA BRADLEY, by and through her next friend, JUNE CARLTON, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:15-CV-104-WKW [WO] |
| SSC MONTGOMERY SOUTH HAVEN OPERATING CO., INC., d/b/a South Haven Health & Rehabilitation Center, | ) ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

When the court granted Defendants' motion to compel arbitration on March 31, 2015, it also ordered the parties to file jointly prepared status reports regarding the arbitration proceedings every ninety days until resolution of the matter. (Doc. # 35.) The parties' last status report was filed on December 5, 2017, in which the parties represented that they "will file a stipulation of dismissal or a status report within 90 days." (Doc. # 50, at 1.) They did not do so — which is not so surprising since the court has had to order the parties to comply with their obligation seven times now. (*See* Docs. # 38, 40, 42, 44, 47, and 49.)

Accordingly, it is ORDERED that **on or before June 1, 2018, AND EVERY 90 DAYS THEREAFTER UNTIL FINAL JUDGMENT IS**

**ENTERED IN THIS CASE,**[1] the parties shall file the court-ordered status report.

It is suggested that the parties put a recurring reminder in their calendars so that the

court will no longer have to serve that function for them.  In lieu of the status

report, if this action has settled, the parties may file a joint stipulation of dismissal

in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DONE this 25th day of May, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The court puts this in all caps this time in an attempt to gain someone's — anyone's — attention.  The next failure to report timely will result in a dismissal.